## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.     SHIRLEY WHITE, | ) | |
| | ) | |
|          Plaintiff, | ) | |
| v. | ) | CIV-16-56-W |
| | ) | |
| 1.     HQW OF AZ, LLC, and | ) | |
| 2.     HIGH QUALITY WATER OF | ) | |
|         OKLAHOMA, | ) | |
| | ) | **ATTORNEY LIEN CLAIMED** |
|          Defendants. | ) | **JURY TRIAL DEMANDED** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Shirley White, hereby stipulates with the Defendants, HQW of AZ, LLC and High Quality Water of Oklahoma, that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 30th DAY OF JUNE, 2016.**

<div style="margin-left:50%">

s/ Lauren W. Johnston
JANA B. LEONARD, OBA #17844
LAUREN W. JOHNSTON, OBA #22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, Oklahoma 73139
(405) 239-3800 (telephone)
(405) 239-3801 (facsimile)
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
*Counsel for Plaintiff*

 s/ Mark Hammons
(Signed with permission)

</div>

Mark Hammons
HAMMONS, GOWENS, HURST & ASSOC.
325 Dean A. McGee
Oklahoma City, OK 73102
Tele: 405-235-6100 Fax: 405-235-6111
mark@hammonslaw.com
eli@hammonslaw.com
tara@hammonslaw.com
*Counsel for Defendants*